UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24714-KMM

**OSCAR HERRERA**,

    Plaintiff,

vs.

**JOHNNY WAS, LLC, a foreign limited liability company**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff OSCAR HERRERA and Defendant JOHNNY WAS, LLC, through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them with thirty (30) days from the date of this Notice to finalize their settlement agreement and file the appropriate dismissal document.

    Dated: January 24, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com<br><br>By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**ROIG LAWERS**
Counsel for Defendant
201 South Biscayne Boulevard
Suite 2819
Miami, FL  33131
(786) 476-1661
nbellido@roiglawyers.com

By      */s/ Nelson C. Bellido*
          NELSON C. BELLIDO
          Fla. Bar No. 974048