UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24714-KMM

**OSCAR HERRERA**,

    Plaintiff,

vs.

**JOHNNY WAS, LLC, a foreign limited liability company**,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff OSCAR HERRERA and Defendant JOHNNY WAS, LLC, referred to collectively as the "Parties," hereby stipulate and agree that this action is dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Parties to bear their own attorney's fees and costs..

Dated: February 27, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**ROIG LAWYERS**
Attorneys for Defendant
201 South Biscayne Boulevard, Suite 2819
Miami, FL  33131
(786) 476-16611
nbellido@roiglawyers.com

By */s/ Nelson C. Bellido*  ____
      NELSON C. BELLIDO
      Florida Bar No. 974048